# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

**MEMO ENDORSED**

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge*
*White Plains*

October 13, 2020

Defendant's request to adjourn the sentencing until
Oct. 21, 2020 is granted without objection by the
Government.  Clerk of Court requested to terminate
the motion (doc 306).    Dated:  Oct. 20, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

BY ECF
The Honorable Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

**REQUEST TO BE FILED UNDER SEAL**

Re: **United States v. Rocco Cermele**
**16 Cr. 786-04 (NSR)**

Dear Judge Roman:

This letter is to <u>request an adjournment of Mr. Cermele's sentencing to October 21, 2020, at
11:00 a.m.</u> The Government filed a motion pursuant to U.S.S.G. 5K.1.1 on September 30,
2020. We request an opportunity to review the motion, and submit a sentencing letter to the
Court. <u>The government does not object to this request.</u> Additionally, probation has
recommended a sentence of time served. Mr Cermele has various health conditions that
would prohibit his physical appearance in court at this time. As noted in his Pre-sentence
Report paragraphs 66-68, he suffers from hyper tension, high cholesterol, is grossly over
weight and suffered a stroke in 2018. Therefore, we are requesting that his sentencing be
conducted by video conference. His medical conditions would qualify as "extra ordinary"
circumstances under the CARES Act. Should the Court require a formal CARES petition we
will, of course, follow the Court's directive. We thank the Court in advance for your kind
consideration.

Respectfully submitted,
/s/
Susanne Brody

cc: James McMahon, AUSA
    David Felton AUSA
    James S. Mullen, USPO
    Mr. Rocco Cermele



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2020